FILE COPY



# TEXAS COURT OF CRIMINAL APPEALS
## Austin, Texas
# M A N D A T E

### TRIAL COURT NO. <u>1328806</u>

### COURT OF APPEALS NO. <u>01-13-00415-CR</u>

**THE STATE OF TEXAS,**

**TO THE <u>COURT OF APPEALS FOR THE FIRST SUPREME JUDICIAL DISTRICT</u> —**
**GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **JULY 29, 2015**, the cause upon appeal to review, revise or reverse your Judgment between:

### JAVIER NOEL CAMPOS
### VS.
### THE STATE OF TEXAS

CCRA NO. <u>**PD-0054-15**</u>

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the APPELLANT'S Petition for Discretionary Review, and the same being inspected, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the Petition for Discretionary Review be **GRANTED**.

The judgment of the Court of Appeals is **VACATED** and the cause is **REMANDED** to the Court of Appeals, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things to have it duly **RECOGNIZED, OBEYED AND EXECUTED.**

WITNESS, **THE HONORABLE SHARON KELLER**,

Presiding Judge of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, August 24, 2015**.

**ABEL ACOSTA**, Clerk
By: Deana Williamson, Deputy Clerk